```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    HATTIESBURG DIVISION
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:03cr28DCB-JMR

REGGIE D. DEASE


                              ORDER

     Considering Rule 35, Federal Rules of Criminal Procedure, and the Government's recommendation and representation concerning the substantial assistance rendered by the above-captioned individual, the Court finds that the government's Motion for Reduction of Sentence is well taken and should be sustained;

     IT IS THEREFORE ORDERED that the sentence of incarceration of REGGIE D. DEASE in Criminal Number 2:03cr28DCB-JMR be reduced to __37__ months.

     IT IS FURTHER ORDERED that in all other aspects, the sentence remains the same.

     THUS ORDERED, this the __22nd__ day of __June__, 2006.


                                   __s/ David Bramlette__
                                   UNITED STATES DISTRICT JUDGE